UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

SEAN ROBINSON,

                Defendant.

14-CR-00130 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which has been filed under seal because it contains personal medical information.  The Government shall respond by March 12, 2025.  Defendant may reply by April 11, 2025.

**SO ORDERED.**

Dated:    New York, New York
           February 12, 2025

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge