

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sean Robinson*, **14 Cr. 130 (LAP)**

Dear Judge Preska:

    The Government respectfully requests an extension of time to respond to the defendant's motion for compassionate release, filed on February 12, 2025. (ECF No. 295).

    On February 12, 2025, the Court set a deadline of March 12, 2025, for the Government to respond to the defendant's motion. Because the Assistant United States Attorneys who had previously worked on this defendant's case have left the United States Attorney's Office, the Office did not timely respond. The undersigned counsel for the Government was assigned to this matter on May 27, 2025. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response. The Government respectfully requests leave to file its response on or before June 27, 2025 (*i.e.*, 30 days from today).

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/29/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Dana McCann*
Dana McCann
Assistant United States Attorney
(212) 637-2308

cc:    All counsel of record (via ECF)