

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 3, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sean Robinson*, 14 Cr. 130 (LAP)

Dear Judge Preska:

    The Government writes to respectfully request that the Court enter a limited unsealing order allowing the Government to view and obtain copies of the defendant's motion for compassionate release and any and all exhibits and corresponding records, which were docketed in this case on February 12, 2025. (Dkt. 295).

    On February 12, 2025, the Court granted the sealing of the defendant's motion for compassionate release and its exhibits, which contain the defendant's medical information. (Dkt. 296). On May 29, 2025, the Court ordered the Government to respond to the defendant's motion for compassionate release by June 27, 2025. (Dkt. 299). Accordingly, the Government respectfully requests that the Court issue a limited unsealing order allowing the Government to view and obtain copies of the defendant's sealed motion and exhibits.

```
The request is granted.  The
Clerk of the Court shall close
dkt. no. 300.  SO ORDERED.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

```
June 4, 2025
New York, New York
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Dana R. McCann*
     Dana R. McCann
     Assistant United States Attorney
     (212) 637-2308

cc: Sean Robinson (by certified mail)